Seybert *v.* Skulos, Appellant.

Argued September 29, 1971. Before JONES, EAGEN, O'BRIEN, POMEROY and BARBIERI, JJ.

*J. J. Klein,* with him *Harvey E. Schauffler, Jr.,* for appellant.

*Dale Cleland,* with him *Cleland, Hurtt and Witt,* for appellees.

OPINION PER CURIAM, December 20, 1971:
Decree affirmed. Each party to pay own costs.
Mr. Chief Justice BELL and Mr. Justice ROBERTS took no part in the consideration or decision of this case.